# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2009

137941

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re DESARAE LYNN WHEETLEY, Minor.

_____

SARA LYNN BLOOM and MICHAEL
GEORGE BLOOM,
          Petitioners-Appellees,

v

DAVID ANTHONY WHEETLEY,
          Respondent-Appellant.

SC: 137941
COA: 285994
Lake CC Family Division:
08-000001-AY

_____/

      On order of the Court, the application for leave to appeal the November 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2009

s0120

_____
Clerk